FILED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA       '07 MJ 8932

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose Baudlio GASTELUM, Jr., | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about November 17, 2007, within the Southern District of California, defendant Jose Baudlio GASTELUM, Jr., did knowingly and intentionally import approximately 28.82 kilograms (63.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Christina Gauthreaux, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, November 19, 2007.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
             v.
**Jose Baudlio GASTELUM, Jr.**

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to Immigration and Customs Enforcement Special Agent Christina Gauthreaux.

On November 17, 2007, at approximately 1815 hours, Jose GASTELUM, Jr. entered the United States from the Republic of Mexico at the Calexico, CA, East Port of Entry. GASTELUM was the driver of a red 1998 Dodge Avenger bearing license plate (CA/US) 5XET901.

Primary Customs and Border Protection Officer (CBPO) Molina received a negative Customs Declaration from GASTELUM. CBPO Martinez inquired about GASTELUM's destination. GASTELUM stated he was going to Brawley, CA. CBPO Molina asked where GASTELUM lived and he stated Westmoreland. CBPO Molina proceeded to inspect the vehicle and noticed that the quarter panels and bumper sounded solid when he tapped them. CBPO Molina decided to refer GASTELUM to the secondary lot for further inspection.

In secondary, CBPO Rangel received a negative Customs Declaration from GASTELUM. CBPO Rangel requested that GASTELUM open the hood and trunk and step out of the vehicle. GASTELUM became very talkative during CBPO Rangel's inspection of the vehicle. CBPO Rangel pressed down on the back seat area of the vehicle and noticed it felt solid. CBPO Rangel continued and unlatched the back seat from the floor and discovered a package in the rear seat well.

A thorough physical search of the vehicle revealed 22 packages concealed in the back seat, both rear quarter panels, and both front seat backs. A presumptive field test of one of the packages indicated the contents of these packages to be marijuana. The total weight of the packages was approximately 28.82 kilograms (63.40 lbs).

1  GASTELUM was notified of his arrest and advised of his Miranda Rights, which
2 he acknowledged and waived.  GASTELUM admitted knowledge of the marijuana and
3 stated he was to be paid $2000.00 for the smuggling venture.  GASTELUM was
4 processed and transported to Imperial County Jail.