UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07mj8932 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE BAUDLIO GASTELUM, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101

Dated:  November 26, 2007                                                */s/ Robert H. Rexrode, III*
                                                                                  ROBERT H. REXRODE, III
                                                                                  Federal Defenders
                                                                                  225 Broadway, Suite 900
                                                                                  San Diego, CA 92101-5030
                                                                                  (619) 234-8467  (tel)
                                                                                  (619) 687-2666  (fax)
                                                                                  robert_rexrode@fd.org